655 A.2d 71

IN THE MATTER OF THOMAS A. MCKINNEY,
AN ATTORNEY AT LAW.

March 23, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **THOMAS A. McKINNEY** of **HAW-THORNE,** who was admitted to the bar of this State in 1979, be reprimanded for violating *RPC* 1.15(b) and (c) by failing to notify his client of the receipt of settlement funds and by disbursing funds he knew were in dispute, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **THOMAS A. McKIN-NEY** is hereby reprimanded; and it is further

ORDERED that the subject of respondent's fee be referred to a fee arbitration committee for its consideration and an appropriate disposition; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.